UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

GUMERSINDO PAZO,

                  Plaintiff,

-against-

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.
----------------------------------------------------------------X

JUDGMENT
02-CV- 2963 (RJD)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.

★ SEP - 6 2005 ★

P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Raymond J. Dearie, United States District Judge, having been filed on September 01, 2005, granting the Commissioner's motion for judgment on the pleadings; and denying plaintiff's cross-motion for judgment on the pleadings; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Commissioner's motion for judgment on the pleadings is granted; and that plaintiff's cross-motion for judgment on the pleadings is denied.

Dated: Brooklyn, New York
         September 02, 2005

Robert C. Heinemann
Clerk of Court

By:   s/Terry Vaughn
       Terry Vaughn
       Chief Deputy Clerk
       for Operations